

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00151-CR |
| In Re: The State of Texas, | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Real Party in Interest third motion for extension of time within which to file the response to Petition for Writ of Mandamus until **November 11, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Daniel Marquez, attorney for the real party in interest, prepare the response to petition for writ of mandamus and forward the same to this Court on or before November 11, 2019.


IT IS SO ORDERED this 23rd day of October, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.